IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL RESOURCE NETWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CASE NO. 3:04-0933 JUDGE TRAUGER/KNOWLES |
| LIFE ACTION OF TENNESSEE, INC., ET AL., | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 13, 2005, the undersigned entered an Order requiring Plaintiff to associate local counsel and requiring local counsel to file a Notice of Appearance with the Court within thirty (30) days of the entry of the Order. Docket No. 75. That Order further provided, "If Plaintiff fails to do so, the undersigned will recommend that this action be dismissed." *Id.*, p. 4.

Plaintiff failed to comply with the referenced Order. Instead, on October 17, 2005, Plaintiff's Florida counsel filed a "Motion for Relief," seeking "relief from the rule of this Court requiring that Plaintiff be co-represented by a local attorney admitted to practice in the state of Tennessee." Docket No. 76. That Motion has been denied by a separate Order.

It is abundantly clear from the record in this case that Plaintiff, or perhaps more precisely Mr. Sparrow, wishes to prosecute this case on his own terms, rather than upon those set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

For the reasons set forth above, the undersigned recommends that this action be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have ten (10) days from receipt of any objections filed in this Report in which to file any response to said objections.  Failure to file specific objections within ten (10) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

                E. Clifton Knowles
                United States Magistrate Judge

2

Case 3:04-cv-00933   Document 80   Filed 10/31/05   Page 2 of 2 PageID #: 59