IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL RESOURCE NETWORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0933 |
| ) | Judge Trauger |
| LIFE ACTION OF TENNESSEE, INC. and ) | Magistrate Judge Knowles |
| THE ROCHELLE CENTER, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 31, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 80) The plaintiff has filed Objections (Docket No. 81), to which the defendants have responded (Docket No. 82).

The Report and Recommendation is based upon the fact that, on September 13, 2005, the Magistrate Judge gave the plaintiff thirty (30) days within which to comply with the Local Rule that requires the retention of local counsel. (Docket No. 75) The plaintiff failed to comply and, after waiting an additional two weeks, the Magistrate Judge recommended as he did. In the face of this recommendation, instead of simply complying with the Local Rule and hiring local counsel, the plaintiff, instead, filed an objection referring to a document dispute and requesting that it be allowed to proceed without local counsel.

When objections are made to a report and recommendation as to a dispositive matter, the district judge must make a *de novo* determination of any portion of the recommended disposition to which the objection has been made. 28 U.S.C. § 636(b)(1)(C); Rule 72(b), FED. R. CIV. P. The

1

Objections filed by the plaintiff totally fail to meet the basis for the Magistrate Judge's recommendation and are therefore **OVERRULED**.

The Report and Recommendation (Docket No. 80) is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, and the additional reasons expressed herein, this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 16th day of November 2005.

_____
ALETA A. TRAUGER
U.S. District Judge